UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBIN PERALTA, JUNIOR RODRIGUEZ,
and SANTO MARTE,

Plaintiffs,

- against -

CHRISTIAN SHANKLIN,

Defendant.

**ORDER**

19 Civ. 1948 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference presently scheduled for

**December 4, 2019** is adjourned to **December 12, 2019 at 10:30 a.m.** in Courtroom 705 of the

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
     December 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge