UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBIN PERALTA, JUNIOR RODRIGUEZ,
and SANTO MARTE,

                Plaintiffs,

       - against -

CHRISTIAN SHANKLIN,

                 Defendant.

**ORDER**

19 Civ. 1948 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference presently scheduled for **December 12, 2019** is adjourned to **January 9, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The Clerk of Court is directed to send a copy of this order by certified mail to Plaintiff's counsel.  Any motion by Plaintiff's counsel to withdraw is to be submitted by December 24, 2019.

Dated:  New York, New York
       December 11, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge