UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBIN PERALTA, JUNIOR RODRIGUEZ, and SANTO MARTE,

    Plaintiffs,

- against -

CHRISTIAN SHANKLIN,

    Defendant.

**ORDER**

19 Civ. 1948 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference presently scheduled for **January 9, 2020** is adjourned to **February 6, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      January 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge