UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBIN PERALTA, JUNIOR RODRIGUEZ,
and SANTO MARTE,

        Plaintiffs,

- against -

CHRISTIAN SHANKLIN,

        Defendant.

**ORDER**

19 Civ. 1948 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference presently scheduled for **February 6, 2020 at 11:00 a.m.** is adjourned sine die.

Dated: New York, New York
       February 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge