| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/31/2020 |

RUBIN PERALTA; JUNIOR RODRIGUEZ; and SANTO MARTE,

                Plaintiffs,

-against-

CHRISTIAN T. SHANKLIN,

                Defendant.

1:19-cv-1948-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. In a Standing Order dated March 13, 2020, the Chief Judge of this Court advised judges to conduct court proceedings by telephone where practicable and to exercise discretion whether to hold or adjourn hearings and conferences [M10-468, 20MISC00154]. Accordingly:

    It is hereby ORDERED that the Post-Discovery Conference scheduled to take place on April 7, 2020 is adjourned to **May 12, 2020 at 11:30AM** and will be held telephonically. All Parties are directed to call the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line. No later than **May 5, 2020**, the parties should file (i) a joint status letter of no more than 3 pages, and (ii) any pre-motion letters in accordance with the Court's Individual Rules of Practice in Civil Cases, available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

SO ORDERED.

Date: March 31, 2020
New York, NY

MARY KAY VYSKOCIL
United States District Judge