| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/2/2020 |

RUBIN PERALTA, JUNIOR RODRIGUEZ, and SANTO MARTE,

                 Plaintiffs,

      -against-

CHRISTIAN SHANKLIN,

                 Defendant.

1:19-cv-01948-MKV

<u>SCHEDULING ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

      This case was reassigned to me on February 11, 2020. The Court held a telephonic Status Conference on June 2, 2020 at 12:00 PM. Counsel for all parties were in attendance. The parties advised that they have failed to complete discovery in accordance with the terms of the scheduling order in the case. See ECF 29. In accordance with matters discussed at that Conference, it is hereby ORDERED:

- Parties will complete fact discovery no later than **July 17, 2020**.

- Parties will complete expert discovery, including all Independent Medical Examinations, no later than **August 31, 2020**.

- Parties have agreed that other than depositions and Independent Medical Examinations, no further discovery has been noticed or is outstanding . If depositions reveal prior medical treatment, Plaintiffs promptly will provide any necessary authorizations.

- A Post-Discovery Status Conference will be held on **September 15, 2020 at 11:00AM**. No later than **September 8, 2020**, the parties must file via ECF (i) a joint status letter of no more than three pages, and (ii) any pre-motion letters in

accordance with the Court's Individual Rules of Practice in Civil Cases (available at https://www.nysd.uscourts.gov/hon-mary-kay-vyskocil).

- No further discovery extensions will be granted absent good cause.

- Should any discovery disputes arise, the parties must meet and confer in an attempt to resolve the dispute. If they cannot do so, the issue must be brought to the Court's attention well in advance of discovery deadlines. Deadlines will not automatically be extended to accommodate the resolution of discovery disputes.

- Failure to comply with deadlines or other terms of this Order may result in sanctions, including preclusion or dismissal of claims or defenses.

**SO ORDERED.**

**Date:  June 2, 2020**  
**New York, NY**

_____  
**MARY KAY VYSKOCIL**  
**United States District Judge**