MORTON POVMAN, P.C.
ATTORNEYS-AT-LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/20

108-18 QUEENS BOULEVARD
FOREST HILLS, NEW YORK 11375
(718) 268-3000

MORTON POVMAN
BRUCE S. POVMAN
SHARON R. POVMAN
THOMAS J. MOUNTFORT

**MEMO ENDORSED**

FACSIMILE
(718) 520-8175

December 1, 2020

Hon. Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re:   Peralta v. EAN Holdings and Shanklin
Docket No.: 19 CV 1948

Dear Judge Moses:

I hope this letter finds you and your staff all in good health.

There is currently a Settlement Conference scheduled for December 3, 2020 with the Court.

My firm and defense counsel have been actively attempting to settle this matter over the past weeks and we have been progressing to date.

There remains several minor administrative matters that are being resolved and on consent we are jointly requesting that the Court adjourn the Settlement Conference to a date during the second week of January, 2021 that is convenient for the Court.

We will either notify the Court of any future settlement or provide the Court with the confidential settlement letter pursuant to the Court's prior Order.

Thank you in advance for your consideration.

Very truly yours,

BRUCE POVMAN (BP 8598)

---

Application GRANTED. The settlement conference currently scheduled for December 3, 2020, at 2:15 p.m. is ADJOURNED to **January 13, 2021, at 2:15 p.m.** No later than January 6, 2021, the parties shall submit the pre-conference statements required by ¶¶ 3-4 of the Court's Order Scheduling Settlement Conference dated September 22, 2020 (Dkt. No. 37) via email to chambers. The other provisions in the September 22 Order remain in effect. The Clerk of Court is respectfully directed to close the letter-motions at Dkt. Nos. 38 and 39. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 1, 2020