```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBIN PERALTA, JUNIOR RODRIGUEZ, and SANTO MARTE,

                Plaintiffs,

-against-

CHRISTIAN SHANKLIN,

                Defendant.

1:19-cv-01948-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been advised by Magistrate Judge Moses, to whom this matter was referred for settlement purposes, that the parties have reached a settlement pursuant to terms placed on the record at the settlement conference on February 11, 2021. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 15, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: February 11, 2021**
**New York, NY**

                *Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**